# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANA RUSSELL,**

                **Plaintiff,**

**-vs-**                                                       **Case No. 6:08-cv-1604-Orl-31KRS**

**SYDGAN CORPORATION,**
**DANIEL B. BELLOWS,**

                **Defendants.**

_____

## ORDER

This cause comes before the Court on Corrected Joint Motion for Approval of Settlement Agreement and to Dismiss Case with Prejudice (Doc. No. 34) filed March 25, 2009.

On June 2, 2009, the United States Magistrate Judge issued a report (Doc. No. 39) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Corrected Joint Motion for Approval of Settlement Agreement and to Dismiss Case with Prejudice is **GRANTED**. The settlement is approved as a "fair and reasonable resolution of a bona fide dispute."

3. Counsel for the Plaintiff cannot withhold any portion of the $323.12 payable to the Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise. Counsel must provide a copy of this order to the Plaintiff Dana Russell.

4. The case is **DISMISSED** with prejudice.  The Court will not reserve jurisdiction to enforce a settlement agreement.   The clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 23rd day of June, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE